Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KRISTIN BAIN,

        Plaintiff,

vs.

METROPOLITAN MORTGAGE GROUP, INC.; INDYMAC BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; REGIONAL TRUSTEE SERVICE; FIDELITY NATIONAL TITLE; and Doe Defendants 1 through 20, inclusive,

        Defendants.

NO. 09-00149 JCC

STIPULATION FOR DISMISS WITH PREJUDICE

**NOTE ON MOTION CALENDAR:**

**July 31, 2009**

Plaintiff and Defendant Metropolitan Mortgage Group, Inc., by and through their respective attorneys, hereby enter into this stipulation for an order dismissing all claims against Metropolitan Mortgage Group, Inc. with prejudice, and without fees or costs to either party. No other claims are pending as to this defendant.

DATED this 8th day of July 2009.

LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

By: /s/ Melissa A. Huelsman
Ms. Melissa A. Huelsman, WSBA No. 30935
Of Attorneys for Plaintiff

LEE SMART, P.S., INC.

/s/ William L. Cameron
William L. Cameron, WSBA No. 5108
Of Attorneys for Defendant Metropolitan Mortgage Group, Inc.

{5222262.doc}
STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944