Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KRISTIN BAIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>METROPOLITAN MORTGAGE GROUP, INC.; INDYMAC BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; REGIONAL TRUSTEE SERVICE; FIDELITY NATIONAL TITLE; and Doe Defendants 1 through 20, inclusive,<br><br>          Defendants. | No. 09-00149 JCC<br><br>ORDER OF DISMISSAL |

WHEREAS the above-entitled matter came regularly on a motion to dismiss Metropolitan Mortgage Group, Inc. with prejudice, the matter having been settled; Now therefore, it is HEREBY ORDERED that Metropolitan Mortgage Group, Inc. is dismissed from this action with prejudice and without costs.

SO ORDERED this _____ day of _____ 2009.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

{5222281.doc}
ORDER OF DISMISSAL - 1
09-00149 JCC

```
 1  Presented by:
 2  LEE SMART, P.S., INC.
 3
 4  By: /s/ William L. Cameron
 5      William L. Cameron, WSBA No. 5108
        Of Attorneys for Defendant
 6      Metropolitan Mortgage Group, Inc.

 7  Approved for Entry

 8  LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

 9
10  /s/ Melissa A. Huelsman
11      Melissa A. Huelsman, WSBA No. 30935
        Counsel for Plaintiffs
12
```

{5222281.doc}
ORDER OF DISMISSAL - 2
09-00149 JCC

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944