The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTIN BAIN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN MORTGAGE GROUP, INC.; INDYMAC BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; REGIONAL TRUSTEE SERVICE; LENDER PROCESSING SERVICE, INC., inclusive,<br>　　　　　Defendants. | Case No. 09-CV-00149-JCC<br><br>PRAECIPE REGARDING ISSUANCE OF SUMMONS FOR DEFENDANT LENDER PROCESSING SERVICES, INC. |

TO: The Clerk of the Court

Regarding the Minute Order GRANTING Plaintiff's Motion to Substitute Lender Processing Services, Inc. in Place and Stead of Defendant Fidelity National Title Company (Dkt, No. 29). Attached hereto is as Exhibit "A" is a Summons which we are requesting the Court to issue to Defendant Lender Processing Services, 601 Riverside Avenue, Jacksonville, Florida 32204.

Dated this 13th day of July 2009.

/////

/////

/////

| | |
|---|---|
| PLAINTIFF'S PRAECIPE REGARDING SUMMONS FOR DEFENDANT LENDER PROCESSING SERVICES - 1<br>09-CV-00149-JCC | Law Offices of Melissa A. Huelsman, P.S.<br>705 2nd Avenue, Suite 501<br>Seattle, WA 98104<br>(206) 447-0103<br>Fax: (206) 447-0115 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

        Law Offices of Melissa A. Huelsman, P.S.

By:
   s/s Melissa A. Huelsman
   Melissa A. Huelsman, WSBA 30935
   Attorney for Plaintiff Kristin Bain

---

PLAINTIFF'S PRAECIPE REGARDING SUMMONS FOR DEFENDANT LENDER PROCESSING SERVICES - 2
09-CV-00149-JCC

Law Offices of Melissa A. Huelsman, P.S.
705 2nd Avenue, Suite 501
Seattle, WA 98104
(206) 447-0103
Fax: (206) 447-0115

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury of laws of the state of Washington that on July <u>13th</u>, 2009, I caused to be served in the manner indicated below a true and accurate copy of the foregoing document upon the following:

| | |
|---|---|
| Foster Pepper PLLC<br>Douglas L. Davies<br>1111 3rd Ave, Ste 3400<br>Seattle, WA 98101-3299<br>Ph: (206) 447-6402<br>Fax: (206) 447-9700<br>E-mail: daviesd@foster.com | [ ] By Mail<br>[ ] Legal Messenger<br>[ ] By Facsimile<br>[ ] By E-Mail<br>[x] ECF Notification |
| Robinson Tait, P.S.<br>Jennifer L. Tait<br>701 Second Avenue, Suite 710<br>Seattle, WA 98104<br>Ph: (206) 676-9640<br>Fax: (206) 676-9659<br>E-mail: jtait@robinsontait.com | [ ] By Mail<br>[ ] Legal Messenger<br>[ ] By Facsimile<br>[ ] By E-Mail<br>[x] ECF Notification |

<u>s/ Monique Lefebvre</u>
Monique Lefebvre

PLAINTIFF'S PRAECIPE REGARDING SUMMONS FOR DEFENDANT LENDER PROCESSING SERVICES - 3
09-CV-00149-JCC

Law Offices of Melissa A. Huelsman, P.S.
705 2nd Avenue, Suite 501
Seattle, WA 98104
(206) 447-0103
Fax: (206) 447-0115