HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| KRISTIN BAIN,<br>             Plaintiff,<br><br>v.<br><br>METROPOLITAN MORTGAGE GROUP, INC.; INDYMAC BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; REGIONAL TRUSTEE SERVICE; LENDER PROCESSING SERVICE, INC., inclusive,<br><br>             Defendants. | Case No. CV-09-00149-JCC<br><br>DECLARATION OF MELISSA A. HUELSMAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT<br><br>Noted for Consideration:<br>May 7, 2010 |

I, Melissa A. Huelsman, declare:

1. I am the attorney for the Plaintiff herein. I have personal knowledge of the facts as stated herein. If called upon to testify to the truth thereof, I could and would do so.

2. Since I originally received the Initial Disclosures of Defendant IndyMac on or about March 24, 2009, I have been trying to get the documents that are referenced in the Initial Disclosures. I have had numerous conversations by telephone and email with other attorneys at Foster Pepper, LLC in the months following that filing in order to try to get those documents. I was repeatedly assured by Miriam Cho and Doug Davies that I would receive the documents. I never received them.

DEC. OF MELISSA A. HUELSMAN IN SUPPORT OF
PLTF'S RESPONSE TO FDIC'S MOTION FOR SUMMARY
JUDGMENT-1
Case No. CV -09-00149-JCC

LAW OFFICES OF
**MELISSA A. HUELSMAN P.S.**
705 SECOND AVENUE, SUITE 1050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115

3.	Similarly, after the FDIC was substituted into the case, Mr. Davies continued to assure me that I would receive the documents as soon as things settled down and the FDIC figured out what was going on with IndyMac.  Throughout 2009, Mr. Davies repeatedly assured me that I would receive the documents but I never received them.  Mr. Davies attributed the delays to problems he was having with the clients and to the myriad of health problems he and his family have been experiencing since September 2009 (according to his statements to me).

4.	Because I was having so many problems getting information from the FDIC and Mr. Davies, I filed a Motion to Continue the trial date on January 29, 2010.  As I indicated in that Motion, I prepared and served Mr. Davies with written discovery requests so that there would be a deadline for a response due from the FDIC.  I have yet to receive a response to those requests.  I have had numerous conversations with Mr. Davies about this situation since the filing of that Motion and he has provided me orally with the name of the supposed mortgage loan servicer but nothing more.  I told Mr. Davies that I would stipulate to the dismissal of the FDIC if I could substitute the correct defendant for the FDIC if I could verify the identity of the owner of Ms. Bain's loan.  I have never been provided with that information.

This Declaration made under penalty of perjury under the laws of the United States of America this 3rd day of May 2010 at Seattle, Washington.

By   /s/  Melissa A. Huelsman
Melissa A. Huelsman, WSBA #30935

DEC. OF MELISSA A. HUELSMAN IN SUPPORT OF
PLTF'S RESPONSE TO FDIC'S MOTION FOR SUMMARY
JUDGMENT-2
Case No. CV -09-00149-JCC

LAW OFFICES OF
**MELISSA A. HUELSMAN P.S.**
705 SECOND AVENUE, SUITE 1050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 447-0103
FACSIMILE: (206) 447-0115