THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISITIN BAIN,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN MORTGAGE GROUP, INC.; INDYMAC BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; REGIONAL TRUSTEE SERVICE; LENDER PROCESSING SERVICES, INC.; and Doe Defendants 1 through 20, inclusive,<br><br>Defendants. | CAUSE NO.   2:09-CV-00149-JCC<br><br>**SURREPLY OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORP.'S MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV.P. 56.** |

In the Supplemental Declaration of Melissa Huelsman filed in this matter she states at paragraph 3 that "I did not receive this information [the names of the current servicer and investor of the Bell loan] until two business days after her response was due. This statement is in fact untrue. Plaintiff was advised on April 29, 2009, in the Motion of the FDIC to Substitute as Receiver for IndyMac Bank on page 2, footnote 1, that "The loan at issue is not owned by the FDIC-Receiver, but is being serviced by OneWest Bank, FSB and is currently

SURREPLY OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORP.
MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV.P.56- 1 -

DAVIES LAW GROUP
COLUMBIA TOWER
701 5TH AVENUE, SUITE 4200
SEATTLE, WA 98104

1  owned by Deutsche Bank." Plaintiff's inference that the FDIC or any other party withheld
2  information from her is thus wholly inaccurate.
3
4  DATED this 14TH DAY OF MAY, 2010
5
6                                          DAVIES LAW GROUP
7
8
9                                          /S/ Douglas L. Davies
                                           Douglas L. Davies WSBA #16750
10                                         Columbia Tower
                                           701 5th Avenue, Suite 4200
11                                         Seattle, WA 98104
                                           Telephone: (206) 262-8050
12
                                           Attorney for Federal Deposit Insurance
13                                         Corporation and Mortgage Electronic
                                           Registration Systems
14

SURREPLY OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORP.
MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV.P.56- 2 -

DAVIES LAW GROUP
COLUMBIA TOWER
701 5TH AVENUE, SUITE 4200
SEATTLE, WA 98104

## DECLARATION OF SERVICE

I, Krista Davis, declare that I am a citizen of the United States of America and a resident of the State of Washington. I am over the age of twenty one years and not a party to this action. I am competent to be a witness herein. I electronically filed the **SURREPLY OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORP.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT UNDER FED. R. CIV.P. 56.** with the Clerk of the Court using the CM/ECF System who will send notification of such filing to the following parties who have appeared in this action as of today's date:

| | |
|---|---|
| Melissa A Huelsman<br>705 SECOND AVE, STE 1050<br>SEATTLE, WA 98104<br>Email: mhuelsman@predatorylendinglaw.com<br>**Attorney for Plaintiff** | Jennifer L Tait<br>Nicolas A Daluiso<br>ROBINSON & TAIT PS<br>710 SECOND AVENUE, STE 710<br>SEATTLE, WA 98104<br>Email: jtait@robinsontait.com<br>Email: ndaluiso@robinsontait.com<br>Attorneys for **Regional Trustee Services Corporation** |

by the following indicated method(s) below:

_____ by **mailing** a true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the recipient(s) as shown above and deposited with the United States Postal Service on the date set forth below.

_____ by **faxing** a true and correct copy thereof, addressed to the recipients as shown above, to the facsimile number of the attorney on the date set forth below.

_____ By causing a true and correct copy thereof to be **hand-delivered** to the recipient(s) at the last known address listed above on the date set forth below.

_____ by sending a true and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the recipient(s) above, on the date set forth below.

SURREPLY OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORP.
MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV.P.56- 3 -

DAVIES LAW GROUP
COLUMBIA TOWER
701 5TH AVENUE, SUITE 4200
SEATTLE, WA 98104

| | | |
|---|---|---|
| 1 | __X__ | by transmitting via **electronic mail** a true and correct copy thereof to the recipient(s) above on the date set forth below. There are no other parties who have appeared in this action as of today's date that need to be served manually. |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 14th day of May, 2010.

/s/ Krista Davis
Krista Davis

SURREPLY OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORP.
MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV.P.56- 4 -

DAVIES LAW GROUP
COLUMBIA TOWER
701 5TH AVENUE, SUITE 4200
SEATTLE, WA 98104