THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTIN BAIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>METROPOLITAN MORTGAGE GROUP INC., INDYMAC BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; REGIONAL TRUSTEE SERVICE; FIDELITY NATIONAL TITLE; and Doe Defendants 1 through 20, inclusive,<br><br>                    Defendants. | Case No. C09-0149-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Federal Deposit Insurance Corporation's Motion for Summary Judgment, and all related filings. (Dkt. Nos. 86, 94, 95, 101, 102, 103). Plaintiff has indicated that she does not oppose the motion. (*See* Dkt. No. 107.) The Court thus GRANTS the Federal Deposit Insurance Corporation's Motion and DISMISSES it from this matter.

Plaintiff has repeatedly stated that she wishes to name the entity that now owns her mortgage loan. (*See id.*) The Court DIRECTS Plaintiff to take appropriate actions by **June 16, 2010.**

DATED this 9th day of June, 2010.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1