THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KRISTIN BAIN,

    Plaintiff,

v.

ONEWEST BANK, F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; REGIONAL TRUSTEE SERVICES,

    Defendants.

No.: 2:09-cv-00149 JCC

DECLARATION OF RONALDO REYES IN SUPPORT OF DEUTSCHE BANK NATIONAL TRUST COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

## Declaration of Ronaldo Reyes

1. I am a Vice President for Deutsche Bank National Trust Company ("Deutsche Bank"), as Trustee and Custodian for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2007-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2007-B ("Trust"), a Defendant in the above-captioned action. As Vice President, my responsibilities include, among other things, managing trust administrators. I am familiar with Deutsche Bank's practices regarding the generation and retention of business records, including but not limited to

DECLARATION OF RONALDO REYES
IN SUPPORT OF DEFENDANT DEUTSCHE BANK'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

1

DAVIES LAW GROUP LLC
COLUMBIA CENTRE
701 5TH AVENUE, SUITE 4200
SEATTLE, WA 98104
PHONE: 206-262-8050

its custody and control of business records, and certain procedures relating to the preservation and maintenance of such records, including promissory notes it possesses in its capacity as custodian of mortgage-backed security trusts. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In connection with the above-captioned action, I have confirmed that Deutsche Bank is in possession of the Plaintiff's original Promissory Note, endorsed in blank. A true and correct copy of Plaintiff's Promissory Note is attached hereto as <u>Exhibit A</u>.

3. Deutsche Bank holds the Promissory Note in its capacity as the Trustee and Custodian of the Trust. IndyMac Bank, F.S.B., as Depositor under a Pooling and Servicing Agreement dated as of June 1, 2007 ("PSA"), assigned the ownership interest in Plaintiff's note to Deutsche Bank on behalf of the certificate holders of the Trust. A true and correct copy of the PSA and the Mortgage Loan Schedule, redacted to show only the Plaintiff's loan, is attached hereto as <u>Exhibit B</u>.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of February, 2011

Ronaldo Reyes

DECLARATION OF RONALDO REYES
IN SUPPORT OF DEFENDANT DEUTSCHE BANK'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

2

DAVIES LAW GROUP LLC
COLUMBIA CENTRE
701 5TH AVENUE, SUITE 4200
SEATTLE, WA 98104
PHONE: 206-262-8050