THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   KRISTIN BAIN,

10                    Plaintiff,

11      v.

12

13   METROPOLITAN MORTGAGE
     GROUP INC. et al.,
14
                  Defendants.
15

CASE NO. C09-0149-JCC

CERTIFICATION FROM THE
UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF WASHINGTON

16

17   KEVIN SELKOWITZ,

18                   Plaintiff,

19

20      v.

21

22   LITTON LOAN SERVICING LP et al.,

23                 Defendants.

CASE NO. C10-5523-JCC

24     //

25     //

26     //

CERTIFICATION FROM THE UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON
PAGE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

     Pursuant to Washington Rule of Appellate Procedure 16.16(e)(1), the Court DESIGNATES Plaintiff Kristin Bain and Plaintiff Kevin Selkowitz as the parties who will file the first briefs in the Washington Supreme Court on the certified questions listed in this Court's previous order (Case No. C09-0149-JCC, Dkt. No. 159; Case No. C10-5523-JCC, Dkt. No. 41).

     DATED this 7th day of July 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE